UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.   CR-08-2016-WFN-1 |
| ) | |
| -vs- ) | FINDINGS AND ORDER |
| ) | |
| RUDY LEE WAHCHUMWAH, ) | |
| Defendant. ) | |

A bench trial was held July 30, 2008. The Defendant, who is in custody, was present and represented by Kraig Gardner; Assistant United States Attorney James Hagarty represented the Government. The parties waived their right to a jury trial. The Court engaged in a colloquy with the Defendant to affirm his desire to waive a jury trial. The parties reviewed their legal and factual stipulations. The Court verified that the Defendant had reviewed and agreed with the specific factual stipulations entered into by the parties. Following argument of the parties, the Court made oral findings of fact. In addition, the Court accepts the parties' stipulations and adopts those stipulations in addition to the oral findings. The Court found the Defendant guilty.

The Court **FINDS** the Defendant, Rudy Lee Wahchumwah, guilty, beyond a reasonable doubt, of Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2050. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant is found **GUILTY** of Count 1, Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2050.

FINDINGS AND ORDER - 1

1    2.  Defendant shall **REMAIN IN CUSTODY** until sentencing, the scheduling of
2 which is discussed in a contemporaneously filed Order.
3    The District Court Executive is directed to file this Order and provide copies to
4 counsel.
5    **DATED** this 30th day of July, 2008.

                                             s/ Wm. Fremming Nielsen
                                         WM. FREMMING NIELSEN
8 07-30                        SENIOR UNITED STATES DISTRICT JUDGE

FINDINGS AND ORDER - 2