PROB 12C
(7/93)

Report Date: February 8, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 09 2011**

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rudy Lee Wahchumwah          Case Number: 2:08CR02016-001
                                                             2:03CR02248-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2:08CR02016-001: 12/1/2008
                           2:03CR02248-001: 8/3/2004

Original Offense: 2:08CR02016-001: Failure to Register as a Sex Offender, 18 U.S.C. § 2250

2:03CR02248-001: Crime on Indian Reservation - Sexual Abuse of a Minor, 18 U.S.C. § 2243

Original Sentence: 2:08CR02016-001                Type of Supervision: Supervised Release
                   Prison - 24 Months;
                   TSR - 36 Months
                   2:03CR02248-001
                   Prison - 33 Months;
                   TSR - 36 Months

Asst. U.S. Attorney: Alexander Carl Ekstrom       Date Supervision Commenced: 7/16/2010

Defense Attorney: Kraig Gardner                    Date Supervision Expires: 7/15/2013

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 5, 2011.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

5           **Special Condition # 16**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising probation officer and the treatment provider. You shall pay for treatment and testing according to your ability.

| | |
|---|---|
| | **Supporting Evidence**: Mr. Wahchumwah failed to attend sex offender counseling on January 17, and 31, 2011. |
| 6 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |
| | **Supporting Evidence**: Mr. Wahchumwah has failed to seek employment. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/08/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

Feb. 9, 2011
Date