PROB 12C
(7/93)

Report Date: July 27, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2011

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rudy Lee Wahchumwah          Case Number: 2:08CR02016-001
                                                           2:03CR02248-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  2:08CR02016-001: 12/1/2008
                            2:03CR02248-001:  8/3/2004

Original Offense:  2:08CR02016-001:  Failure to Register as a Sex Offender, 18 U.S.C. § 2250

2:03CR02248-001: Crime on Indian Reservation - Sexual Abuse of a Minor, 18 U.S.C. § 2243

Original Sentence:  2:08CR02016-001          Type of Supervision: Supervised Release
                    Prison - 24 Months;
                    TSR - 36 Months
                    2:03CR02248-001
                    Prison - 33 Months;
                    TSR - 36 Months

Asst. U.S. Attorney:  Alexander Carl Ekstrom        Date Supervision Commenced: 7/16/2010

Defense Attorney:  Alex B. Hernandez, III           Date Supervision Expires: 7/15/2012

---

### PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 5, 2011, February 8, 2011, and May 13, 2011.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 7, 2011, Mr. Wahchumwah was arrested and charged with failure to register as a sex offender in U.S. District Court in the Eastern District of Washington, docket number 2:11CR02090-001. |

According to the indictment, during a period of time beginning on or about June 13, 2011, continuing through on or about July 7, 2011, Mr. Wahchumwah failed to register as a sex offender, in violation of 18 U.S.C. § 2250.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/27/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

July 27, 2011
Date