1

2

3

4

5              UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,          )
                                      )   NO.     CR-08-2016-WFN-1
8                  Plaintiff,         )
                                      )
9       -vs-                          )   ORDER DISMISSING INDICTMENT
                                      )
10  RUDY LEE WAHCHUMWAH,              )
                                      )
11                 Defendant.         )
                                      )
12  ─────────────────────────────────

13      By order of the Ninth Circuit upon remand to this Court,

14      **IT IS ORDERED** that the Indictment in this matter is **DISMISSED WITH**

15  **PREJUDICE**.

16      The District Court Executive is directed to file this Order and provide copies to

17  counsel **AND TO** United States Probation Officer Jose Zepeda.

18      **DATED** this 25th day of April, 2012.

19

20                              _____
                                    s/ Wm. Fremming Nielsen
21  04-24-12                        WM. FREMMING NIELSEN
                                SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER DISMISSING INDICTMENT